IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SHONNA RENE REITER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| AT&T, ) | |
| ) | |
| Defendant. ) | Civil Action No. 3:17-CV-893-C |

### ORDER

In the Findings, Conclusions and Recommendation filed May 18, 2017, the Magistrate Judge recommended that the Court deny Plaintiff's Motion for Default Judgment, filed May 12, 2017. Plaintiff filed her objections to the Report and Recommendation on June 1, 2017. Defendant filed its Response to Plaintiff's Objections on June 15, 2017, after which Plaintiff filed a Reply on July 14, 2017. The Court has reviewed the Report and Recommendation, along with Plaintiff's Objections and Defendant's Response thereto. After considering the arguments raised in the Objections and reviewing the arguments raised in Plaintiff's Motion, along with those raised in Defendant's Response, the Court finds that the Objections should be **OVERRULED**. The Court finds that the findings and conclusions of the Magistrate Judge are correct and adopts them as the findings and conclusions of the Court. Accordingly, the Motion for Default Judgment is **DENIED**.

SO ORDERED this 9th day of August, 2017.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE