IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SHONNA RENE REITER, | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 3:17-CV-0893-C-BH |
| v. | § | |
| | § | |
| AT&T, | § | |
| Defendant. | § | Referred to U.S. Magistrate Judge |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

*Defendant's Amended Motion to Dismiss*, filed October 17, 2017 (doc. 38), is **DENIED in part** and **GRANTED in part**. By separate judgment, the plaintiff's claims for failure to promote and failure to accommodate will be **DISMISSED with prejudice** as untimely, and the plaintiff's claim for wrongful termination will be **DISMISSED with prejudice** for failure to state a claim upon which relief can be granted.

SIGNED this 20th day of __April__, 2018.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE